# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JABARI C. SMITH

NO. 2024 KW 0538

**AUGUST 12, 2024**

---

In Re:    Jabari C. Smith, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 556585-1.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

EW
HG

**Miller, J.**, dissents and would give the documents entitled to as of right under **State ex rel. Simmons v. State**, 93-0275, 94-2630, 94-2879 (La. 12/16/94), 647 So.2d 1094, 1095 (per curiam).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT